Thomas E. Ho'okano, No. 52477
**LAW OFFICE OF THOMAS E. HO'OKANO**
2170 Promontory Point Lane
Gold River, CA 95670
Telephone:      510 926-9032
Facsimile:      510 926-9065

Attorneys for Plaintiffs
Tim Hardy and Darlene Hardy

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIM HARDY and DARLENE HARDY,**<br>    **Plaintiffs**<br><br>    v.<br><br>**COUNTY OF EL DORADO, et al.**,<br><br>    **Defendants**_____/ | CASE No. 2:07 -CV -0799 RRB EFB<br><br>**ORDER CONTINUING HEARING DATE PURSUANT TO STIPULATION OF COUNSEL** |

    The Court has reviewed the STIPULATION OF COUNSEL TO CONTINUE THE BRIEFING SCHEDULE AND HEARING DATE ON THE DEFENDANT COUNTY OF EL DORADO'S MOTION TO DISMISS PURSUANT TO FRCP 12 (b)(6) and finds the existence of good cause therefore.

    IT IS HEREBY ORDERED AS FOLLOWS:

    The hearing on defendant County of El Dorado's and Defendant David Cook's Motion To Dismiss shall be continued from October 17, 2007 to November 7, 2007 at 10:00a.m in Courtroom 9.

    The briefing schedule on said motion shall be adjusted to use the new hearing date of November 7, 2007 to calculate when plaintiffs' opposition to defendants' motion is due and to calculate when defendants' reply memorandum is due, if any.

Hardy v County of El Dorado, et al.   Case No.2:07-CV-0799 **RFB** Order

IT IS SO ORDERED.

Date: September 25, 2007

/s/ Ralph R. Beistline

HON. RALPH R. BEISTLINE

United States District Court Judge