IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM HARDY and DARLENE HARDY,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF EL DORADO, DEPUTY SHERIFF DAVID COOK, TONY'S TOW, BONANZA AUTO DISMANTLERS, and DOES 1 through 50,<br><br>    Defendants.<br>_____/ | No. Civ. S-07-799 RRB EFB<br><br>**Memorandum of Opinion<br>        and Order** |

    Before the court is Plaintiffs' ex parte application for an order shortening time to hear Plaintiffs' motion to amend the Complaint, including Plaintiffs' proposed request for leave to amend the Complaint. After thoroughly considering the application and the affidavit submitted in support thereof:

    IT IS HEREBY ORDERED THAT: Plaintiffs are entitled to amend their Complaint pursuant to Rule 15(a). Under Rule 15(a), Plaintiffs are entitled to amend their Complaint "as a matter of

1

course" as to defendants County of El Dorado and Deputy David Cook because these defendants have not filed a responsive pleading (i.e., answer).  See <u>Allstate, Inc. v. Hecht</u>, 65 F.3d 1523, 1530 (9th Cir. 1995); <u>Doe v. United States</u>, 58 F.3d 494, 497 (9th Cir. 1995) (neither the filing or granting of a motion to dismiss terminates the right to amend once as a matter of course before a responsive pleading is due).  With respect to defendant Bonanza Auto Dismantlers, who filed a responsive pleading, the court, after thoroughly considering Plaintiffs' request for leave to amend the Complaint (Docket at 25), concludes that leave to amend is proper.  See Fed. R. Civ. P. 15(a) ("leave shall be freely given when justice so requires.").

The hearing on the motion to dismiss presently scheduled for November 7, 2007, shall be continued to December 5, 2007, at 10:00 a.m.  Defendants County of El Dorado and Deputy Cook are directed to amend their motion to dismiss so that it addresses the amended Complaint.  The briefing schedule for this motion shall be adjusted to the new hearing date as follows: the moving papers are due on November 9, 2007, the opposition November 21, 2007, and the reply November 28, 2007.

**IT IS SO ORDERED.**

ENTERED this 1st day of November, 2007.

s/RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT