MARJORIE E. MANNING, SBN 118643
**BOLLING, WALTER & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone No. (916) 369-0777
Telecopier No. (916) 369-2698

Attorneys for Defendant Tony's Tow & Transport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM HARDY and DARLENE HARDY,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO, DEPUTY SHERIFF DAVID COOK, TONY'S TOW, BONANZA AUTO DISMANTLERS, and DOES 1 thru 50,<br><br>  Defendants.<br>_____/ | Case No.  2:07-CV-0799 RRB EFB<br><br>**ORDER SETTING ASIDE DEFAULT OF DEFENDANT TONY'S TOW & TRANSPORT AND PERMITTING SAID DEFENDANT'S RESPONSE TO THE FIRST AMENDED COMPLAINT** |

This Court having reviewed the stipulation of plaintiffs and defendant Tony's Tow & Transport, and good cause appearing therefor, hereby orders as follows:

1.   The clerk's entry of default as to Tony's Tow on September 20, 2007 is hereby set aside;

2.   Defendant Tony's Tow & Transport is permitted to respond to the first amended complaint in this matter by filing an answer or a motion to dismiss on or before November 13, 2007.

DATED: November 7, 2007.


/s/ Ralph R. Beistline

Judge of the United States District Court

---

1
**ORDER SETTING ASIDE DEFAULT OF TONY'S TOW & TRANSPORT, INC. AND PERMITTING SAID DEFENDANT'S RESPONSE TO THE FIRST AMENDED COMPLAINT**