IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM HARDY and DARLENE HARDY,             No. Civ. S-07-799 RRB EFB

    Plaintiffs,                         **MEMORANDUM OF OPINION**
                                      **AND ORDER**

    v.

COUNTY OF EL DORADO, DEPUTY
SHERIFF DAVID COOK, TONY'S TOW,
BONANZA AUTO DISMANTLERS, and
DOES 1 through 50,

    Defendants.
_____/

    The matter before the court is Tim Hardy and Darlene Hardy's ("Plaintiffs") counsel's ex parte application ("application") to file documents under seal.[1] The County of El Dorado and Deputy Sheriff David Cook oppose the application. After thoroughly considering the application and the declaration submitted in support thereof: IT IS HEREBY ORDERED THAT: the

---

[1] Plaintiffs' counsel seeks to seal his motion to withdraw as counsel in this matter and his declaration submitted in support of this motion.

1

application is DENIED.  Plaintiffs' counsel neither presented compelling argument or citation to controlling authority in support of his application to file documents under seal.  As such, Plaintiffs' counsel has failed to carry his burden to demonstrate that the documents should be filed under seal.  <u>See</u> <u>Pintos v. Pacific Creditors Ass'n</u>, 504 F.3d 792, 801-02 (9th Cir. 2007) (the party seeking to file documents under seal bears the burden for each document he seeks to protect of showing the specific harm or prejudice that would result if the document is not sealed).

    IT IS SO ORDERED.

    ENTERED this 18th day of April, 2008.

                                s/RALPH R. BEISTLINE
                                United States District Judge