IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM HARDY and
DARLENE HARDY,

      Plaintiffs,                                  No. CIV S-07-0799 JAM EFB

      vs.

COUNTY OF EL DORADO, et al.,          ORDER

      Defendants.
_____/

On September 23, 2008, plaintiffs filed a motion to compel discovery, and set the matter for hearing on October 15, 2008.

The district judge's pretrial scheduling order set the discovery deadline as August 15, 2008, and specified that all discovery shall be completed by that date. The order defined the term "completed" to mean that "all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with." *See* Status (Pretrial Scheduling) Order (Dckt. No. 62). On August 15, 2008, the district judge denied plaintiffs' ex parte application to extend the discovery deadline. *See* Order (Dckt. No. 89).

////

1

1  Plaintiffs set their discovery motion for hearing after the discovery deadline. This court
2 has no authority to modify the district judge's pretrial scheduling order.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. Plaintiffs' discovery motion (Dckt. No. 94) is denied without prejudice as untimely;
5  2. The October 15, 2008, hearing noticed by plaintiffs' discovery motion is vacated; and
6  3. Defendants' motion to strike (Dckt. No. 95) plaintiffs' discovery motion is denied as
7 moot.
8  SO ORDERED.
9 DATED: September 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE